IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHERRY HARRIS**                                              **PLAINTIFF**

v.                             No. 3:21-cv-128-DPM

**EDWARD HENDRIX,**
**Individually and EDDIE'S**
**PILOT CAR SERVICE, LLC**                              **DEFENDANTS**

## JUDGMENT

Harris's complaint is dismissed with prejudice. The Court retains jurisdiction until 13 March 2023 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2023